IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., a Delaware corporation,<br><br>     Plaintiff,<br> v.<br><br>SARIS CYCLING GROUP, INC., a Wisconsin corporation,<br><br>     Defendant. | Case No. 13-CV-05<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Magistrate Judge Stephen L. Crocker<br><br><br>JURY TRIAL DEMANDED |
| AND RELATED COUNTERCLAIMS. | |

  Plaintiff ICON Health & Fitness, Inc., and Defendant Saris Cycling Group, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and move the Court for an Order dismissing all claims relating to U.S. Patent Nos. 6,746,371 and 8,029,415 *with prejudice* and all claims relating to United States Patent No. 6,626,799 *without prejudice.* Each party to bear its own fees and costs.

Respectfully submitted this 15th day of January, 2014.

| | |
|---|---|
| */s/ Tyson K. Hottinger*<br>Larry R. Laycock (*pro hac vice*)<br>llaycock@mabr.com<br>David R. Wright (*pro hac vice*)<br>dwright@mabr.com<br>Tyson Hottinger (*pro hac vice*)<br>thottinger@mabr.com<br>MASCHOFF BRENNAN<br>201 S. Main Street, Suite 600<br>Salt Lake City, Utah  84111<br>Telephone:  (435) 252-1360<br>Facsimile:  (435) 252-1361<br><br>*Attorneys for Plaintiff*<br>*ICON Health & Fitness, Inc.* | */s/ Kyle M. Costello*<br>Michael T. Griggs<br>mtg@boylefred.com<br>BOYLE FREDERICKSON<br>840 N. Plankinton Avenue<br>Milwaukee, WI 53203<br>Telephone:  (414) 225-6311<br>Kyle M. Costello<br>kmc@boylefred.com<br>BOYLE FREDERICKSON<br>840 N. Plankinton Avenue<br>Milwaukee, WI 53203<br>Telephone:  (414) 225-6311<br><br>*Attorneys for Saris Cycling Group, Inc.* |