# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SARIS CYCLING GROUP, INC., a Wisconsin corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 13-CV-05<br><br>**ORDER REGARDING JOINT STIPULATION FOR DISMISSAL**<br><br>Magistrate Judge Stephen L. Crocker |

In view of the Parties' Joint Stipulation for Dismissal, the Court hereby ORDERS AS FOLLOWS:

All claims, counterclaims, demands, causes of action, and defenses that were or could have been asserted in this Action relating to U.S. Patent Nos. 6,746,371 and 8,029,415 are hereby dismissed *with prejudice*.

All claims, counterclaims, demands, causes of action, and defenses that were or could have been asserted in this Action relating to U.S. Patent Nos. 6,626,799 are hereby dismissed *without prejudice*.

Each Party to bear its own costs and attorneys' fees.

Dated: January 22, 2014

/s/ Barbara B Crabb
~~Magistrate Judge Stephen L. Crocker~~
District Judge